IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTIN COPELAND, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 15-CV-634-JHP-TLW |
| | ) |
| METROPOLITAN TULSA TRANSIT | ) |
| AUTHORITY, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN TULSA TRANSIT AUTHORITY**

COME NOW the Plaintiffs, Justin Copeland, Lawrence Morgan, Kenneth Speed, John Smith, Beverly Drew, and Leroy King, and the Defendant, Metropolitan Tulsa Transit Authority (collectively "the Parties"), in the above-styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice to future filing, all issues of fact and law having been resolved, with each party to bear his, her or its own attorneys' fees and costs.

Respectfully submitted,

| /s/Damario Solomon-Simmons | /s/Jo Anne Deaton |
|---|---|
| *(Signed by filing attorney with permission of Plaintiffs' attorneys)* | Jo Anne Deaton, OBA #5938 |
| Damario Solomon-Simmons, OBA #20340 | Denelda Richardson, OBA #20103 |
| David Riggs, OBA #7583 | Jessica R. Fu, OBA #30560 |
| Donald Bingham, OBA #794 | Rhodes Hieronymus Jones Tucker & Gable, PLLC |
| Riggs Abney, et al. | P. O. Box 21100 |
| 502 W. 6th Street | Tulsa, OK 74121-1100 |
| Tulsa, OK 74119 | 918.582.1173 (Phone) |
| 918.587.3161 (Phone) | 918.592.3390 (Facsimile) |
| 918.587.9708 (Facsimile) | jdeaton@rhodesokla.com |
| dsimmons@riggsabney.com | drichardson@rhodesokla.com |
| driggs@riggsabney.com | jfu@rhodesokla.com |
| dbingham@riggsabney.com | |

1

and
Melvin C. Hall, OBA #3728
Riggs, Abney, et al.
525 NW 12th Street
Oklahoma City, OK 73103
405.843.9909 (Phone)
405.842.2913 (Facsimile)
mhall@riggsabney.com

*Attorneys for Plaintiffs, Justin Copeland, Lawrence Morgan, Kenneth Speed, John Smith, Beverly Drew and Leroy King*

and
Stephen L. Andrew, OBA #294
Andrew & Williams
2120 E. 15th Street
Tulsa, OK 74104-4646
918.583.1111 (Phone)
918.587.4414 (Facsimile)
steve@awilaw.com

*Attorneys for Defendants, Metropolitan Tulsa Transit Authority, William Cartwright, Michael Colbert, and Debbie Mulkey*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Melvin C. Hall
Damario Solomon-Simmons
David Riggs
Donald Bingham

/s Jo Anne Deaton
Jo Anne Deaton